# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**BARBARA R. KERRIGAN**
SUPERVISING U.S. PROBATION OFFICER

766 SHREWSBURY AVENUE
1ST FLOOR
TINTON FALLS, NJ 07724
(732) 933-9412
FAX: (732) 933-9427

July 13, 2005

RECEIVED

2005 JUL 26 P 3: 53

UNITED STATES
DISTRICT COURT

United States District Court
50 Walnut Street
Newark, NJ 07102

RE: PIERSON, Roland J.
DKT: 98-CR-00427-005
**EXPIRATION FROM PROBATION/
RESTITUTION STILL OUTSTANDING**

To The Newly Assigned Judicial Officer:

On August 23, 2000, the above-named offender was sentenced before the Honorable Alfred M. Wolin in the District of New Jersey. The offender was convicted of Conspiracy to Commit Wire Fraud and was sentenced to a five year probation term, with conditions to pay $71,090 restitution (no less than $100 per month), complete 6 months of home confinement, cooperate with financial disclosure, prohibited from obtaining any new credit lines or incurring debt, and prohibited from obtaining employment in the real estate field during supervision.

Since commencement of supervision on August 23, 2000, the offender's adjustment to supervision has been positive. He has complied with all directives of the Probation Office and has followed through with all of the above-stated conditions of supervision. He has also maintained stable employment, a stable home life (residence/family), and he paid restitution according to the Court order (no less than $100 per month).

We write the Court at this time to advise that the offender's term of supervision will expire on August 22, 2005, with a restitution balance of $59,690 still owed. We have no information to suggest that this offender is any more capable of paying the full amount of restitution now than he was at the commencement of supervision. Therefore, we do not view his inability to pay the full amount of restitution as a "willful failure" to pay and/or a violation of his probation term.

We recommend that the offender be allowed to terminate from supervision with restitution owed. As you are aware, pursuant to the Mandatory Victims Restitution Act of 1996, the Financial Division of the Clerk's office, in conjunction with the Financial Litigation Unit of the U.S. Attorney's Office, should continue to collect and distribute the restitution payments after the offender's supervision term has expired.

Be advised that we attempted to contact the Assistant U.S. Attorney in this case, Alain Leibman, for his input in this matter; however, we were advised that Mr. Leibman is no longer with the U.S. Attorney's office.

We respectfully request that Your Honor indicate below whether or not you are in agreement with the offender terminating from probation with restitution owed. Should Your Honor wish to discuss this matter, please feel free to contact the undersigned at your earliest convenience at 732-933-9418.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U. S. Probation Officer

By: Carolyn McGovern-Wojcik
U. S. Probation Officer

Approved:

The Honorable _____
U.S. District Judge
Dated: July 26, 2005

Disapproved:

The Honorable _____
U.S. District Judge
Dated: _____